[No. 1440-2. Division Two. June 28, 1974.]

FREDERICK H. JONES *et al., Respondents,* v. LAWRENCE R. HENNINGS *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 749921, Norman B. Ackley, J., entered March 7, 1973. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 880-3. Division Three. June 28, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY L. MYERS, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 3631, Richard G. Patrick, J., entered May 21, 1973. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 2367-1. Division One. July 1, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY KENNETH SPEAKS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 63046, Frank H. Roberts, Jr., J., entered June 1, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris and Callow, JJ.

[No. 2438-1. Division One. July 1, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. LARS POKANNA WILLOYA, SR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 63943, Ward Roney, J., entered June 27, 1973. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Farris and James, JJ.